**Justin A. LEWIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 103149

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: June 7, 2016

Andrew E. Zleit, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Chris Koster, Richard A. Starnes, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Justin Lewis appeals from the denial of his Rule 29.15 post-conviction relief motion without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose

relates to Mense's other claims against Rennick still pending in the trial court.

would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).